## ROGERS *v.* COLLINS.

ERROR to First District Court, Laramie County.

*J. W. Cook and W. W. Corlett,* for plaintiff in error.

*Thomas J. Street and M. C. Brown,* for defendant in error.

Proceedings in error dismissed, and judgment of the court below affirmed, for the reasons given in the two causes last herein before cited.

## SEARS ET AL. *v.* THE BOARD OF COUNTY COMMISSIONERS OF ALBANY COUNTY.

ERROR to First District Court, Albany County.

*M. C. Brown,* for plaintiffs in error.

*S. W. Downey and J. M. Carey,* for defendant in error.

Same decision as in the next preceding case, and judgment affirmed.